[No. 12318–5–II.   Division Two.   May 31, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BYRON ELLIOT TRENT, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 88–1–00069–6, Grant S. Meiner, J.,

entered October 7, 1988. *Reversed* by unpublished per curiam opinion.